| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  CAMIL A. SKIPPER<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, California  95814<br>4  Telephone:     (916) 554-2709<br>   Facsimile:     (916) 554-2900<br>5<br>6  Attorneys for Plaintiff<br>   UNITED STATES OF AMERICA | **FILED**<br><br>APR 28 2011<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>     DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>2005 WHITE TOYOTA COROLLA,<br>LICENSE PLATE NUMBER 5HFS925,<br>REGISTERED OWNER RANDALL PAUL<br>WESSAR WITH A VEHICLE<br>IDENTIFICATION NUMBER OF<br>1NXBR32E45Z380898 REGISTERED TO<br>THE ADDRESS OF 10011 COLLINGS<br>ROAD, WILTON, CALIFORNIA 95693 | S.W. NO. 11-SW-0169-EFB<br><br>ORDER CONCERNING GOVERNMENT'S<br>EX PARTE MOTION TO UNSEAL<br>SEARCH WARRANT, APPLICATION FOR<br>SEARCH WARRANT, AND<br>ACCOMPANYING AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application for search warrant, and accompanying affidavits underlying the search warrant in the above-captioned proceeding be and are hereby UNSEALED.

Date: 4-28-2011

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1   ORDER CONCERNING GOVERNMENT'S EX PARTE
    MOTION TO UNSEAL SEARCH WARRANT, APPLICATION
    FOR SEARCH WARRANT, AND ACCOMPANYING
    AFFIDAVITS [IN THE MATTER OF THE SEARCH OF:
    2005 WHITE TOYOTA COROLLA,
    S.W. NO. 11-SW-0169-EFB]